# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127850 & (16)(24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GEORGE FRANKLIN KNIGHT,
     Defendant-Appellant.

SC: 127850
COA: 256830
Jackson CC: 01-001138-FC

_____/

     On order of the Court, the motion to add issue and motion to supplement ineffective assistance of counsel claim are considered, and they are GRANTED. The application for leave to appeal the December 16, 2004 order of the Court of Appeals is also considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024